SEYFARTH SHAW LLP
Michael H. Baniak (admitted pro hac vice)
mbaniak@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

SEYFARTH SHAW LLP
Kenneth L. Wilton (SBN 126557)
kwilton@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:     (310) 277-7200
Facsimile:      (310) 201-5219

SEYFARTH SHAW LLP
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Plaintiff
SHIRLEY CHAPMAN dba
CHAPMAN ILLUSTRATION & DESIGN and
SMART DEGRADABLE AMERICAS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY CHAPMAN dba CHAPMAN ILLUSTRATION & DESIGN and SMART DEGRADABLE AMERICAS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI-PACKING SUPPLY, INC.,<br><br>Defendant. | Case No. 3:14-CV-02798-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1  The parties hereto, Plaintiff SHIRLEY CHAPMAN dba CHAPMAN ILLUSTRATION
2  & DESIGN, Plaintiff SMART DEGRADABLE AMERICAS INC., and Defendant AGRI-
3  PACKING SUPPLY, INC., have reached a resolution of their dispute and have agreed that the
4  above-captioned action shall be dismissed in its entirety with prejudice as to all claims, as further
5  set forth in the transcript of proceedings of February 10, 2015 held before Magistrate Judge Ryu.
6  IT IS HEREBY STIPULATED that the above-captioned action be and hereby is
7  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).
8  IT IS FURTHER STIPULATED that the parties shall bear their own attorneys' fees and
9  costs.

DATED: May 12, 2015                SEYFARTH SHAW LLP

By: */s/ Joseph J. Orzano*
    Joseph J. Orzano

Attorneys for Plaintiffs
SHIRLEY CHAPMAN dba CHAPMAN
ILLUSTRATION & DESIGN and SMART
DEGRADABLE AMERICAS INC.

DATED: May 12, 2015                NIXON PEABODY LLP

By: */s/ Robert A. Weikert*
    Robert A. Weikert

Attorneys for Defendant
AGRI-PACKING SUPPLY, INC.

DATED: May 12, 2015                ELARDO, BRAGG, APPEL & ROSSI, P.C.

By: */s/ April A. Hancock*
    Robert A. Weikert

Attorneys for Defendant
AGRI-PACKING SUPPLY, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Joseph J. Orzano, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2015 at San Francisco, California.

SEYFARTH SHAW LLP

By: /s/ *Joseph J. Orzano*  
    Joseph J. Orzano  
    Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudiced pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 12, 2015

_____
THE HONORABLE MARIA ELENA JAMES
United States Magistrate Judge

19769742v.1